USDC SCAN INDEX SHEET










```
RYC    5/11/99    13:34
3:99-CV-00181    INGLE V. CIRCUIT CITY
*16*
*DECL.*
```

```
1  MICHAEL H. CROSBY (SBN #125778)
   The Garrettson House
2  2366 Front Street
   San Diego, CA  92101
3  Telephone:  (619) 696-7330

4  Attorney for Plaintiff
   CATHERINE INGLE
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT, CALIFORNIA

| | | |
|---|---|---|
| CATHERINE INGLE, | ) | CASE NO. 99 CV 0181J JFS |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF MICHAEL H.** |
| | ) | **CROSBY IN OPPOSITION TO MOTION** |
| vs. | ) | **TO DISMISS FIRST AMENDED** |
| | ) | **COMPLAINT** |
| CIRCUIT CITY, a Virginia | ) | |
| corporation; KEITH ANDERSON, an | ) | DATE:  May 24, 1999 |
| individual; ERIC GIBBS, an | ) | TIME:  10:30 a.m. |
| individual; and DOES 1 through | ) | COURTROOM:  12 |
| 100, | ) | |
| | ) | |
| Defendants. | ) | |

I, MICHAEL H. CROSBY, declare:

1.   I am an at attorney licensed to practice in all the courts of the State of California, including this court.  I am attorney for plaintiff in the above-captioned action, and have been since March 1998.  As a result of this association, I have personal knowledge of the following facts, and could testify competently thereto if called to do so.

2.   Ms. Ingle signed and we submitted a claim with the California Department of Fair Employment and Housing ("DFEH") on the form required by that agency to seek the right to file a lawsuit without an administrative investigation.

1     3.    Attached as Exhibit 1 is a true and correct copy of Ms. Ingle's DFEH claim, filed April 17, 1998.

    4.    Attached as Exhibit 2 is a true and correct copy of a Notice of Case Closure Letter, also known as a "right-to-sue letter," issued by DFEH, dated April 21, 1998.

    5.    In January 1999, Ms. Ingle contacted me and forwarded a letter addressed to her from James Chavarria, Personnel Manager, Circuit City, dated January 12, 1999. That letter, informing her that her employment was terminated, is attached as Exhibit 3.

    6.    On May 5, 1999, Ms. Ingle filed a complaint with the Equal Employment Opportunity Commission ("EEOC") and requested a right-to-sue letter.

    7.    Attached as Exhibit 4 is a true and correct copy of Ms. Ingle's EEOC Charge of Discrimination, dated May 5, 1999.

    8.    Attached as Exhibit 5 is a true and correct copy of the EEOC Notice of Right to Sue, dated May 6, 1999.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at San Diego, California on May 7, 1999.

                                                */s/ Michael Crosby*
                                                MICHAEL H. CROSBY

# * * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH  E-9798-D-1315-00-psc

*DFEH USE ONLY*

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

**YOUR NAME (indicate Mr. or Ms.):** Ms Catherine U Ivale
**TELEPHONE NUMBER (Include Area Code):** 760-471-9339
**ADDRESS:** 844 Viking Lane
**CITY/STATE/ZIP:** San Marcos CA 92069
**COUNTY:**
**COUNTY CODE:**

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY OR INDIVIDUAL WHO DISCRIMINATED AGAINST ME:**

**NAME:** Circuit City Western Regional Office
**TELEPHONE NUMBER (Include Area Code):** 409-869-7045
**ADDRESS:** 680 S. Lemon
**CITY/STATE/ZIP:** Walnut CA 91781
**COUNTY:**
**COUNTY CODE:**
**NO. OF EMPLOYEES/MEMBERS (if known):** more than 1000
**DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year):** 4-1-98
**RESPONDENT CODE:**

**THE PARTICULARS ARE:**

On Nov 1 - March 98 (date of harm), I was:
- ___ fired
- ___ laid off
- ___ demoted
- X harassed
- ___ forced to quit
- ___ denied employment
- ___ denied promotion
- ___ denied transfer
- X denied accommodation
- X other (specify) Job bitting arrangement forced to return to hostile work environment
- ___ denied family leave
- ___ denied pregnancy leave
- ___ denied equal pay

by Keith Anderson, Video Manager
**Name of Person** / **Job Title (supervisor/manager/personnel director/etc.)**

because of my:
- X sex
- ___ age
- ___ family
- X religion
- ___ race/color
- ___ national origin/ancestry
- ___ marital status
- ___ association
- X physical disability
- ___ mental disability
- ___ medical condition
- ___ other (specify)
- X (Circle one) filing; **protesting**; participating in investigation (retaliation for)

The reason given by Lee Gibbs, Store Manager
**Name of Person and Job Title**

was because of a past romantic relationship with Keith Anderson (before we worked at the same store) had ended. After I suffered a back injury, while Mr Anderson, now my boss, began harassing me by telephone, sending flowers, asking friends and minor child inappropriate questions and forcing me to work hours far beyond what the doctor advised. When I reported this to Manager Mr Gibbs, he then propositioned me.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide an authorization to file a lawsuit.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action".

I declare under penalty of perjury that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

**Dated:** 4-7-98
**City:** San Diego
**COMPLAINANT'S SIGNATURE:** Catherine Ivale

**DATE FILED:** APR 1 1998
SAN DIEGO

DFEH-300-03 (New 02/93)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

EXHIBIT 1 PAGE 3

STATE OF CALIFORNIA

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES    NCY          PETE WILSON, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
110 West "C" Street, Ste. 1702, San Diego, CA 92101-3901
(619) 645-2683  TDD (213) 897-2840  FAX (619) 645-2683



April 21, 1998


CATHERINE M. INGLE
844 Viking Lane
San Marcos, CA 92069

RE:  E9798D1315-00-psc
     INGLE/CIRCUIT CITY, WESTERN REGIONAL OFFICE

Dear Ms. INGLE:

## NOTICE OF CASE CLOSURE

This letter informs you that the above-referenced complaint that you filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 17, 1998 on the basis that you requested an immediate right-to-sue notice. DFEH will take no further action on your complaint.

This letter is also your Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If you want a federal notice of Right-To-Sue, you must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

EXHIBIT 2 PAGE 4

Notice of Case Closure
Page Two

The Department of Fair Employment and Housing does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*[signature]*

Gaspar Oliveira
District Administrator

cc:   Case File

Director
Human Resources/Personnel
CIRCUIT CITY, WESTERN REGIONAL OFFICE
680 S. Lemon
Walnut, CA  91781

EXHIBIT 2  PAGE 5

DFEH-200-43 (06/97)

# CIRCUIT CITY

**Circuit City Stores, Inc**
680 S. Lemon Ave
Walnut, CA 91789
(909) 595-2434

January 12, 1999

Catherine Ingle
844 Viking Lane
San Marcos, CA 92069

Dear Ms. Ingle:

The purpose of this letter is to clarify your relationship with Circuit City Stores, Inc.

We are truly sorry about your condition. As is our practice, since you have been out of work for more than six months, your employment relationship with Circuit City has terminated effective today.

As a result of your termination of employment, your participation in any benefit plans in which you were enrolled will also terminate. However, you may choose to continue your Health and Dental coverage, and apply for continuation of your Basic life insurance coverage as outlined below.

You may continue your Health and Dental coverage as provided by COBRA (Consolidated Omnibus Budget Reconciliation Act of 1986). If your required contributions are not current, you must make the necessary payments to bring them current before you can continue coverage past January 31, 1999. Detailed information about the cost and how to continue coverage will be sent to you within the next couple of weeks.

You may apply for continuation of your Basic life coverage during your disability. If Great West Insurance Company determines that you are totally and continuously disabled according to their criteria, your coverage will continue, subject to any age-related reductions at no cost to you, as long as you continue to be disabled.

Since your condition has extended beyond five months, if you have not already done so, you should file for Social Security Disability Benefits. The Social Security Administration has established a toll-free telephone number (1-800/772-1213) that may be used nationwide to file applications or make any type of inquiry about Social Security matters.

At the time that you receive a partial or full release to work from your doctor, you may re-apply for any open position that may be available. Should you be re-hired within a short period of time, you may be eligible for reinstatement.

EXHIBIT __3__ PAGE __6__

We appreciate your contribution to the Company and wish you good luck in your future endeavors. If you have any questions concerning your employment or benefits with Circuit City, please contact me at (909) 869-7112.

Sincerely,

*James Chavarria/ee 1/12/99*

James Chavarria
Personnel Manager

JC/ee

cc: Personnel File
STD Specialist, Benefits Dept.

EXHIBIT  3   PAGE  7

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | 345990529 |

__CA DEPT OF FAIR EMPLOYMENT/HOUSING__ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): Ms. Catherine M. Ingle
**HOME TELEPHONE** (Include Area Code): (760) 471-9239
**STREET ADDRESS**: 844 Viking Lane    **CITY, STATE AND ZIP CODE**: San Marcos, CA 92069
**DATE OF BIRTH**: 01/29/1965

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Circuit City
**NUMBER OF EMPLOYEES, MEMBERS**: Cat D (501 +)
**TELEPHONE** (Include Area Code): (760) 738-7400
**STREET ADDRESS**: 1138 W. Valley Parkway    **CITY, STATE AND ZIP CODE**: Escondido, CA 92025
**COUNTY**: 073

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 01/12/1999    LATEST: 01/12/1999
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. I was hired on or about 09-12-96, as a Front-End Clerk; promoted to Sales Counselor on or about 10-12-96. On a continuing basis, the latest being on 01-12-99, I have been subjected to harassment by Keith Anderson (Audio/Video Manager), Eric Gibbs (Store Manager), and James Chavarria (Personnel Manager). I was also denied reasonable accommodation, and transfer. On 01-12-99, I was discharged.

II. I was not given any reason for the harassment and the denial of transfer. According to Eric Gibbs, I was denied reasonable accommodation because I was the highest ESP writer in his store. In his letter dated 01-12-99, James Chavarria stated that I was discharged because I was off work for six consecutive months.

III. I believe I have been discriminated because of my race (White), sex (Female) and disability, in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Americans with Disabilities Act of 1990.

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5-5-99
Charging Party (Signature): Catherine Ingle

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (Rev. 06/92)

EXHIBIT __4__ PAGE __8__    CHARGING PARTY COPY

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## NOTICE OF RIGHT TO SUE
*(Issued on request)*

| To: | Catherine M. Ingle | From: | U. S. Equal Employment |
|---|---|---|---|
| | c/o Michael H. Crosby | | Opportunity Commission |
| | 2366 Front Street | | San Diego Area Office |
| | San Diego, CA 92101 | | 401 "B" Street, Suite 1550 |
| | | | San Diego, CA 92101 |

[ ] *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 C.F.R. 1601.7(a))*

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 345990529 | Legal Officer of the Day | (213) 894-1000 |

( See the additional information attached to this form )

**TO THE PERSON AGGRIEVED:** This is your NOTICE OF RIGHT TO SUE. It is issued at your request. If you intend to sue the respondent(s) named in your charge, YOU MUST DO SO WITHIN NINETY (90) DAYS OF YOUR RECEIPT OF THIS NOTICE: OTHERWISE YOUR RIGHT TO SUE IS LOST.

[ ] More than 180 days have expired since the filing of this charge.

[X] Less than 180 days have expired since the filing of this charge, but I have determined that the Commission will unable to complete its process within 180 days from the filing of the charge.

[X] With the issuance of this NOTICE OF RIGHT TO SUE, the Commission is terminating its process with respect to this charge.

[ ] It has been determined that the Commission will continue to investigate your charge.

[ ] **ADEA:** While Title VII and the ADA require EEOC to issue this notice of right to sue before you can bring a lawsuit, lawsuit you may sue under the Age Discrimination in Employment Act (ADEA) any time 60 days after your charge

   [ ] Because EEOC is closing your case, your lawsuit under the ADEA must be brought within 90 days of your receipt of this notice. Otherwise, your right to sue is lost.

   [ ] **EEOC is continuing its investigation.** You will be notified when we have completed action and, if appropriate, our notice will include notice of right to sue under the ADEA.

[ ] **EPA:** While Title VII and the ADA require EEOC to issue this Notice of Right to Sue before you can bring a lawsuit, lawsuit you already have the right to sue under the Equal Pay Act (EPA) (You are not required to complain to any enforcement agency before bringing an EPA suit in court). EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

I certify that this notice was mailed on the date set out below.

5/6/99
(Date Mailed)

On Behalf of the Commission

*[signature]*
Patrick Matarazzo, Director

Enclosures
   Information Sheet
   Copy of Charge

cc: Respondents

EEOC Form 161-B (Test 10/94)

EXHIBIT **5** PAGE **9**

INGLE v. CIRCUIT CITY
U.S.D.C. Case No. 99 CV 0181J JFS

**PROOF OF PERSONAL SERVICE**

I, the undersigned, declare that: I am over the age of eighteen years, and not a party to the action; I am employed in the County of San Diego, State of California; my business address is 2560 First Ave #103 San Diego Ca 92103. On **May 10, 1999**, I personally served copies of the following document(s):

**PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT; DECLARATION OF MICHAEL H. CROSBY IN OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**

**Party served:** CIRCUIT CITY STORES, INC.

**Person served:** Attorney of record for above-named defendant:

   Richard A. Paul, Esq.

**Address:** PAUL PLEVIN & SULLIVAN
101 West Broadway, Suite 1330
San Diego, CA 92101

I served the above-named party(ies) by:

   _X_ personally delivering the copies of the above-named document(s) on **May 10, 1999**, at 3:50 p.m.

   _X_ by leaving the copies with or in the presence of Lynne Kemp, a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **May 10, 1999**, at San Diego, California.

XL Professional Services, Inc.
2560 First Avenue, Suite 103
San Diego, CA 92103
(619) 232-7874

/S/
Signature of server

Brandye Lichty #716
Name of server typed or printed

COPY